Generated: Jun 2, 2025 12:42PM                                                                                       Page 1/1



## U.S. Bankruptcy Court

### Mississippi Southern Bankruptcy - Jackson

Receipt Date: Jun 2, 2025 12:42PM

Warren Cuntz, Jr., Chapter 13 Trustee

Rcpt. No: 30000793           Trans. Date: Jun 2, 2025 12:42PM           Cashier ID: #SH (3823)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| UC | UNCLAIMED FUNDS | 23-51299-KMS | 1 | 4.97 | 4.97 |
| UC | UNCLAIMED FUNDS | 24-50121-KMS | 1 | 3.03 | 3.03 |
| UC | UNCLAIMED FUNDS | 24-50177-KMS | 1 | 2.88 | 2.88 |
| UC | UNCLAIMED FUNDS | 24-50777-KMS | 1 | 2964.00 | 2964.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #745079 | 06/2/2025 | | $2,974.88 |

Total Due Prior to Payment: $2,974.88
Total Tendered: $2,974.88
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Debtor**: James Clayton Dickerson and April Whitney Dickerson

**Debtor**: Jarrod Lawillie Banks

**Debtor**: Hilburn Heath Parker

**Debtor**: Clothilde G. Reeks

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.