# REMITTANCE STATEMENT

WARREN A. CUNTZ, JR., Standing Chapter 13 Trustee
Chapter 13 Bankruptcy Cases
P.O. BOX 3749
GULFPORT, MS 39505-3749

**DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK**

| Check Number | | Printed |
|---|---|---|
| 745079 | US Bankruptcy Court Southern District of Mississippi RECEIVED JUN - 2 2025 Danny L. Miller, Clerk of Court By: _____ , Deputy Clerk | 5/27/2025 |
| | | **Issue Date** |
| | | 05/27/2025 |

CLERK, US BANKRUPTCY COURT
501 E COURT STREET
SUITE 2300
JACKSON, MS 39201

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 39201 N | DICKERSON, JAMES CLAYTON | 23-51299 | | $.00 | 4.97 |
| 39201 N | BANKS, JARROD LAWILLIE | 24-50121 | | $.00 | 3.03 |
| 39201 N | PARKER, HILBURN HEATH | 24-50177 | | $.00 | 2.88 |
| 39201 N | REEKS, CLOTHILDE G | 24-50777 | | $.00 | 2,964.00 |
| | | | | TOTAL | 2,974.88 |

THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.